## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| **KELLI GIPSON and ALYSSA GASEOR,** *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> **DUKE ENERGY CORPORATION,** <br><br> Defendant. | **Case No. 3:24-cv-01120-MOC-DCK** |

## NOTICE OF FILING OF MOTION TO CONSOLIDATE

Notice is hereby given that on January 30, 2025, the attached Motion to Consolidate was filed for the following cases: *Saunders v. Duke Energy Carolinas, LLC, et al.*, Case No. 3:24-cv-01074; *Cintron v. Duke Energy Carolinas, LLC.,* Case No. 3:24-cv-01080; *Keiser v. Duke Energy Corporation*, Case No. 3:24-cv-01081; *Khan v. Duke Energy Corporation*, Case No. 3:24-cv-01083; *McCord v. Duke Energy Corporation*, 3:24-cv-01084; *Davidson v. Duke Energy Corporation,* Case No. 3:24-cv-01113; *Gipson, et al v. Duke Energy Corporation*, Case No. 3:24-cv-01120. The referenced Motion was filed under *Saunders v. Duke Energy Carolinas, LLC, et al.*, Case No. 3:24-cv-01074.

Date: February 11, 2025          Respectfully submitted,

/s/ *Scott C. Harris*
Scott C. Harris (NC Bar No. 35328)
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, NC  27603
Telephone: (919) 600-5003
sharris@milberg.com

*Counsel for Plaintiff Matthew Saunders
and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 11, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Scott C. Harris*
Scott C. Harris (NC Bar No. 35328)