IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KELLI GIPSON AND ALYSSA GASEOR, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DUKE ENERGY CORPORATION,<br><br>Defendant. | Case No. 3:24-cv-01120-MOC-DCK |

**NOTICE OF SETTLEMENT IN PRINCIPLE AND
CONSENT MOTION TO STAY DEADLINES**

Notice is hereby given that Defendant Duke Energy Corporation ("Duke Energy"), and Plaintiffs Gipson and Gaseor have reached a settlement in principle in the above captioned matter. The parties anticipate finalizing the settlement agreement within 60 days, at which time Plaintiffs intend to file a notice of voluntary dismissal with prejudice, thereby resolving all of Plaintiffs' claims against Duke Energy.[1]

Accordingly, Duke Energy respectfully requests that the Court stay all upcoming deadlines in this matter, including Duke Energy's upcoming deadline to respond to the Complaint, for 60

---

[1] Duke Energy has reached a settlement in principle with the plaintiffs in each of the seven putative class actions filed against it in the Western District of North Carolina related to an alleged data security incident. The seven cases are *Saunders v. Duke Energy Corp.*, 3:24-cv-01074; *Keiser v. Duke Energy Corp.*, No. 3:24-cv-01081; *Davidson v. Duke Energy Corp.*, No. 3:24-cv-01113; *Cintron v. Duke Energy Carolinas, LLC*, No. 3:24-cv-01080; *McCord v. Duke Energy Corp.*, No. 3:24-cv-01084; *Khan v. Duke Energy Corp.*, No. 3:24-cv-01083; and *Gipson v. Duke Energy Corp.*, No. 3:24-cv-01120. Duke Energy intends to file a substantially similar notice and motion to stay in each of the seven cases.

1

days, through and including May 26, 2025. Duke Energy's counsel has conferred with Plaintiffs' counsel, who consents to the relief requested in this Motion.

This the 26th day of March, 2025.

Respectfully submitted,

**MCGUIREWOODS LLP**

/s/ *Robert A. Muckenfuss*
Robert A. Muckenfuss
N.C. Bar No. 28218
Jessica O'Brien Peretz
N.C. Bar No. 56679
201 N. Tryon Street, Suite 3000
Charlotte, NC 28202
Telephone: (704) 343-2052
Facsimile: (704) 343-2300
rmuckenfuss@mcguirewoods.com
jperetz@mcguirewoods.com

Elizabeth Zwickert Timmermans
N.C. Bar No. 40205
Peter J. Wright
N.C. Bar No. 62879
501 Fayetteville Street, Suite 500
Raleigh, NC 27601
Telephone: (919) 755-6576
Facsimile: (919) 755-6595
eztimmermans@mcguirewoods.com
pwright@mcguirewoods.com

*Counsel for Defendant Duke Energy Corporation*