# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

Kelli Gipson & Alyssa Gaseor, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

DUKE ENERGY CORPORATION,

    Defendant.

Case No. 3:24-cv-1120

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Kelli Gipson & Alyssa Gaseor ("Plaintiffs") and Defendant Duke Energy Corporation ("Duke Energy"), through their undersigned counsel, jointly stipulate to the dismissal of this case with prejudice. Plaintiffs hereby dismiss all claims against Duke Energy with prejudice. Each party shall bear its own attorney's fees and costs, except as may be explicitly set forth in the parties' settlement agreement. This the 23rd day of May, 2025.

Respectfully submitted,

**SIRI & GLIMSTAD LLP**

*/s/Dana Smith*
Dana Smith, Bar No. 51015
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: dsmith@sirillp.com

*Attorneys for Plaintiffs and the Putative Class*

McGuireWoods LLP

/s/ *Robert A. Muckenfuss*
Robert A. Muckenfuss
N.C. Bar No. 28218
Jessica O'Brien Peretz
N.C. Bar No. 56679
201 N. Tryon Street, Suite 3000
Charlotte, NC 28202
Telephone: (704) 343-2052
Facsimile: (704) 343-2300
rmuckenfuss@mcguirewoods.com
jperetz@mcguirewoods.com

Elizabeth Zwickert Timmermans
N.C. Bar No. 40205
Peter J. Wright
N.C. Bar No. 62879
501 Fayetteville Street, Suite 500
Raleigh, NC 27601
Telephone: (919) 755-6576
Facsimile: (919) 755-6595
eztimmermans@mcguirewoods.com
pwright@mcguirewoods.com

*Counsel for Defendant Duke Energy Corporation*